```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LAWCLICK LLC and PARKER WAICHMAN, LLP,

                Plaintiffs,
                                            20-CV-1369(JS)(SIL)
                                            ADOPTION ORDER and
                                            ORDER PERMANENTLY
        -against-                           ENJOINING DEFENDANT

JARED REAGAN,

                Defendant.
----------------------------------------X
APPEARANCES
For Plaintiffs:         Jay L.T. Breakstone, Esq.
                        Stephanie Jay Bross, Esq.
                        Parker Waichman LLP
                        6 Harbor Park Drive
                        Port Washington, New York 11050

For Defendant:          No appearance.
```

SEYBERT, District Judge:

Plaintiffs LawClick LLC and Parker Waichman LLP ("Plaintiffs") commenced this action against Jared Reagan ("Defendant"), alleging violations of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030, and claims for unfair competition and unjust enrichment under New York State law. (See Compl., ECF No. 1.)  After Defendant failed to appear or otherwise defend this action, on April 23, 2020, the Clerk of Court entered a default against him.  On April 24, 2020, Plaintiffs filed a motion for default judgment against Defendant (Mot., ECF No. 8), which this Court referred to Magistrate Judge Steven I. Locke for a report

and recommendation on October 23, 2020. (See Oct. 23, 2020 Elec. Order).

On January 26, 2021, Judge Locke issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiffs' motion for default judgment and impose a permanent injunction on Defendant permanently enjoining him from accessing any of Plaintiffs' computer systems, websites and social media accounts. (R&R, ECF No. 9, at 11.) On January 28, 2021, Plaintiffs served the R&R on Defendant. (Aff. Serv., ECF No. 10.) The time to object has expired and no objections to the R&R have been filed. Upon careful review and consideration, the Court finds Judge Locke's R&R to be comprehensive, well-reasoned, and free of clear error.

Accordingly, the Court ADOPTS the R&R (ECF No. 9) in its entirety; Plaintiffs' motion for a default judgment (ECF No. 8) is GRANTED as against Defendant. Therefore, **Defendant is hereby permanently enjoined from accessing any of Plaintiffs' computer systems, websites and social media accounts.**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

The Clerk of the Court is directed to enter judgment accordingly and mark this case CLOSED.

SO ORDERED.

/s/   JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: February  24 , 2021
       Central Islip, New York